United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-21583-Civ-Scola |
| ) | |
| Orion Corales, LLC dba Downstairs ) | |
| aka Orion Fuels, Defendant. ) | |

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Final Dismissal With Prejudice and Retention of Jurisdiction, ECF No. 22). The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on February 27, 2017.

_____
Robert N. Scola, Jr.
United States District Judge